**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FRANCISCO MARQUEZ, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  16-cv-10748 |
| | ) | |
| SAUL HERNANDEZ, et al., | ) | Judge Gettleman |
| | ) | Magistrate Judge Schenkier |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ELITE STAFFING, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS
PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT PURSUANT TO
RULE 12(b)(6)**

Defendants Elite Staffing, Inc. (incorrectly identified as "Elite Labor Services, Ltd."),
Defendants Ron's Temporary Help Services, Inc. and Flexible Staffing Services, Inc. filed a
reply in support of their Joint Motion to Dismiss Counts I-IV, XI-V and XVI-XIX of Plaintiffs'
Fourth Amended Complaint in the companion case entitled *Hernandez v. Multi-Servicios Latino,
Inc.*, et al., Case No. 16 C 10747. *See* Dkt. 248.  Also, in *Hernandez*, Elite filed a separate reply
in support of its Motion to Dismiss Elite only as an independent basis to dismiss the Fourth
Amended Complaint because the claims against Elite are barred by the doctrine of res judicata.
*See* Dkt. 247.  Elite incorporates both replies as its reply in support of the same Motions in this
matter (Dkts. 228-230).

Dated:  January 8, 2019                          Respectfully submitted,

                                                 ELITE STAFFING, INC.

                                                 By: ___/s/ Antonio Caldarone_____
                                                        One of Its Attorneys

Antonio Caldarone
Peter J. Gillespie
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)

## <u>CERTIFICATE OF SERVICE</u>

Antonio Caldarone, an attorney, hereby certifies that, on January 8, 2019, he caused the

foregoing **Elite Staffing, Inc.'s Reply In Support of Its Motion to Dismiss Plaintiffs' Fourth**

**Amended Complaint Pursuant to Rule 12(b)(6)** in the above-captioned matter to be filed with

the Court's electronic filing system, which will serve a copy of same upon all counsel of record.


<u>  /s/ Antonio Caldarone                         </u>