## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Margarita Marquez, et al.
                              Plaintiff,

v.                                             Case No.: 1:16−cv−10748
                                                           Honorable Mary M. Rowland

Saul Hernandez, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2019:

       MINUTE entry before the Honorable Mary M. Rowland: Reassignment status hearing set for 9/23/19 at 1:30pm in courtroom 1225. Parties are directed to review Judge Rowland's Standing Order on Cases Reassigned to Judge Mary M. Rowland, on the Court&#039;s website at https://www.ilnd.uscourts.gov/. On or before 9/16/19, counsel shall confer, prepare, and file a joint status report, not to exceed five pages. The report shall provide the information listed in the "Initial Status Report for Reassigned Case," a link to which is provided in the Standing Order on Cases Reassigned to Judge Mary M. Rowland. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.